UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JUSTIN WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>TRUSTEES OF DARTMOUTH COLLEGE and PORSCHA DOBSON HARNDEN<br><br>    Defendants. | Civil Action No. 25-cv-304-SE |

**STIPULATION FOR DISMISSAL**
**PORSCHA DOBSON HARNDEN ONLY**

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, the Plaintiff, Justin Wood ("Plaintiff" or "Wood"), stipulates that the claims in this action shall be, and hereby dismissed without prejudice, with respect to the Defendant, Porscha Dobson Harnden, with each party to bear their own attorney's fees and costs.

                                                                                   Respectfully submitted,
                                                                                   JUSTIN WOOD

                                                                                   By his attorneys,
                                                                                   SHAHEEN & GORDON, P.A.

Dated: November 7, 2025                */s/ Olivia F. Bensinger*
                                                                                   Olivia F. Bensinger, Esq. (NH Bar #274145)
                                                                                   Shaheen & Gordon, P.A.
                                                                                   107 Storrs Street, P.O. Box 2703
                                                                                   Concord, NH 03302
                                                                                   (603) 225-7262
                                                                                   obensinger@shaheengordon.com

                                                                                      AND

*/s/ Benjamin Flam*
Philip Gordon, Esq.
Benjamin Flam, Esq.
Gordon Law Group, LLP
585 Boylston Street
Boston, MA 02116
(617) 536-1800
pgordon@gordonllp.com
bflam@gordonllp.com

*Pro hac vice applications forthcoming*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 7, 2025          */s/ Olivia F. Bensinger*
                                 Olivia F. Bensinger, Esq. (NH Bar #274145)